```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   WEATHERLEY 39TH STREET, LLC,                            :
                                                           :
                              Plaintiff,                   :    1:20-cv-05244-ALC-KNF
               -against-                                   :
                                                           :
   MACY'S RETAIL HOLDINGS, INC.,                           :    ORDER
                                                           :
                              Defendant.                   :
                                                           :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/29/2020

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's request for a pre-motion conference regarding an anticipated summary judgment motion, ECF No. 21, and Defendant's response, ECF No. 22. This request is DENIED without prejudice pending LT Propco LLC's response to the Third-Party Complaint and the close of discovery.

**SO ORDERED.**

Dated:  December 29, 2020
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**